### *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARY SEALS                                                                                          PLAINTIFF

v.                                       No.  3:07CV00066 JLH

AMERICAN GREETINGS CORPORATION                                          DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANGELA HARRIS                                                                                       PLAINTIFF

v.                                       No.  3:07CV00071 JLH

AMERICAN GREETINGS CORPORATION                                          DEFENDANT

## ORDER OF CONSOLIDATION

A review of the *pro se* complaints referenced above reflects that each plaintiff filed a Title VII complaint as a result of an incident that occurred on or about July 22, 2006, at the American Greetings Corporation in Osceola, Arkansas.

Federal Rule of Civil Procedure 42(a) states, "When actions involving a common question of law or fact are pending before the court . . . it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." The Court has reviewed the cases and finds that in the interest of judicial economy, they should be consolidated.

IT IS THEREFORE ORDERED that the matter of *Angela Harris v. American Greetings Corporation*, 3:07CV00071 JMM, is hereby consolidated with *Mary Seals v. American Greetings Corporation*, 3:07CV00066 JLH.  Both cases will be handled by the undersigned. However, each of these actions will remain separate cases but will be tried before this Court at the same time.

IT IS SO ORDERED this 7th day of June, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE