*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MARY SEALS                                                                                      PLAINTIFF

v.                                    NO. 3:07CV00066 JLH

AMERICAN GREETINGS CORPORATION                                      DEFENDANT

*********************************************************************

ANGELA HARRIS                                                                            PLAINTIFF

v.                                    NO. 3:07CV00071 JLH

AMERICAN GREETINGS CORPORATION                                      DEFENDANT

## ORDER

By Order dated June 7, 2007, the above referenced matters were consolidated for trial purposes, as each Title VII complaint was filed as a result of an incident that occurred on or about July 22, 2006, at the American Greetings Corporation in Osceola, Arkansas.

The Court appointed attorney Michael L. Gibson to represent plaintiff Mary Seals on June 7, 2007. Mr. Gibson has responded and indicates that he has previously been involved in litigation concerning defendant.

Plaintiff Angela Harris subsequently filed a Motion to Appoint Counsel on June 11, 2007. Attached to the motion was evidence of her attempts to obtain private counsel and a detailed analysis as to why the three (3) attorneys contacted could not handle her case. The Court has determined that Ms. Harris's case also warrants the appointment of counsel.

IT IS THEREFORE ORDERED that Michael L. Gibson's Motion to be Released as Counsel of record for plaintiff Mary Seals is granted. Docket #13 in case number 3:07CV00066 JLH. The

Court has previously determined that Ms. Seals's case warrants the appointment of counsel. *See* docket #11 in case number 3:07CV00066 JLH. The Motion for Appointment of Counsel filed by Angela Harris is also granted. Docket #7 in case number 3:07CV00071 JLH.

IT IS FURTHER ORDERED that pursuant to Local Rule 83.7, Donn H. Mixon, of the firm of Mixon, Parker & Hurst, PLC, Post Office Box 1442, Jonesboro, Arkansas, 72403, telephone number (870) 935-8600, is hereby appointed to represent both plaintiffs in the above referenced matters, in all further proceedings.

The Clerk of Court is directed to send plaintiffs and counsel a copy of this Order and a copy of Local Rule 83.7. The Courtroom Deputy will provide counsel a copy of this file on CD-ROM within fifteen (15) days after the entry of this Order.

IT IS SO ORDERED this 10th day of July, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE