# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARY SEALS                                                                                              PLAINTIFF

v.                                    NO. 3:07CV00066 JLH

AMERICAN GREETINGS CORPORATION                                              DEFENDANT

*****************************************************************

ANGELA HARRIS                                                                                      PLAINTIFF

v.                                    NO. 3:07CV00071 JLH

AMERICAN GREETINGS CORPORATION                                              DEFENDANT

## ORDER

Presently before the Court is plaintiffs' Motion for Continuance of the trial date. Docket #32 in case no. 3:07CV00066 JLH. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for September 22, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 10th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE