# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARY SEALS                                                                                               PLAINTIFF

v.                                               NO. 3:07CV00066 JLH

AMERICAN GREETINGS CORPORATION                                               DEFENDANT

## ORDER

Paul D. Waddell of the law firm of Barrett & Deacon, counsel of record for defendant, has filed a motion for admission *pro hac vice* of Jonathan S. Forman. The motion is GRANTED. Document #36. Mr. Forman is hereby admitted to appear before this Court *pro hac vice* as co-counsel for defendant in this action.

IT IS SO ORDERED this 11th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE