### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARY SEALS                                                                    PLAINTIFF

v.                               No. 3:07CV00066 JLH

AMERICAN GREETINGS CORPORATION                      DEFENDANT

### JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of American Greetings Corporation on the claims of Mary Seals. The complaint of Mary Seals is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE